**Law Office of William D. Pickett**
917 Triple Crown Way, Ste. 200
Yakima, WA 98908
Tel: 5090-972-1825
Fax: 509-972-1826
Email: bill@wdpickett-law.com

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 09 2009

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

EDDIE L. FORD,
          Plaintiff,

v.

CITY OF YAKIMA;
LIEUTENANT N. WENTZ; and
OFFICER R. URLACHER;
          Defendants.

No. **CV-09-3108-LRS**

COMPLAINT

**DEMAND FOR JURY TRIAL**

## I. INTRODUCTION

1. This is an action for money damages brought pursuant to 42 U.S.C. §§ 1983 and 1988, the First, Fourth and Fourteenth Amendments to the United States Constitution, and under the common law of the State of Washington, against OFFICER R. URLACHER, and LIEUTENANT N. WENTZ, police officers of the City of Yakima, in their individual capacities and against the CITY OF YAKIMA.

COMPLAINT - 1

LAW OFFICE OF WILLIAM D. PICKETT
917 TRIPLE CROWN WAY, STE. 200
Yakima, Washington 98908
Telephone (509) 972-1825
Facsimile (509) 972-1826

Jurisdiction is based upon 28 U.S.C. §§ 1331 and 1343, and on the pendent jurisdiction of this Court, under 28 U.S.C. § 1367, to entertain claims arising under state law.

2. It is alleged that the individual police officer defendants made an unlawful traffic stop and unreasonable seizure of the person EDDIE L. FORD and an illegal search of his vehicle, thus violating his rights under the First, Fourth and Fourteenth Amendments of the United States Constitution. It is further alleged that these violations and torts were committed as a result of policies and/or customs and/or ratifying acts of the City of Yakima.

3. Plaintiff filed and presented a verified Notice of Claim for Damages to Defendant City of Yakima on March 12, 2009. Said Notice of Claims for Damage was accepted by Yakima City Clerk Deborah Moore. Plaintiff's filing and presentment of said Notice of Claim for Damages was in full and complete compliance with the requirements of RCW 4.96 et seq. The statutory waiting period has passed for commencement of this action. Plaintiff has fully and completely complied with the statutory requirements of RCW 4.96 et seq.

## II. PARTIES

4. Plaintiff EDDIE L. FORD is a citizen and resident of Yakima County, State of Washington, and the United States of America.

5. Defendants OFFICER R. URLACHER and LIEUTENANT N. WENTZ were at all times relevant to this complaint duly appointed and acting police officers employed by the City of Yakima Police Department, acting under color of law, to wit, under color of statues, ordinances, regulations,

COMPLAINT - 2

LAW OFFICE OF WILLIAM D. PICKETT
917 TRIPLE CROWN WAY, STE. 200
Yakima, Washington 98908
Telephone (509) 972-1825
Facsimile (509) 972-1826

policies, customs and usages of the State of Washington and/or City of Yakima.

6. Defendant City of CITY OF YAKIMA is a municipal corporation, organized under the laws of the State of Washington and the public employer of the defendant officers.

### III. FACUTAL AVERMENTS

7. Plaintiff FORD was driving to work at the Noel Corporation on July 17, 2007 at approximately 12:09 a.m. As Mr. FORD drove over the Nob Hill Boulevard overpass toward South 1st Street he saw a police cruiser travelling in the outside lane and rapidly approaching his vehicle. The police cruiser was driven by Defendant URLACHER.

8. As Mr. FORD neared the intersection of Nob Hill Boulevard and South 1st Street he started to enter the left turn lane. Mr. FORD initially believed the police cruiser would continue and pass by in the outside lane.

9. Mr. FORD then saw the police cruiser switch lanes and move in closely behind him just as he started to enter the left turn lane at the intersection of Nob Hill Boulevard and South 1st Street. Mr. FORD immediately attempted to move out of the way of the police cruiser in an effort to allow Defendant URLACHER to proceed. Defendant URLACHER changed lanes and followed Mr. FORD as he tried to move out of the way. Mr. FORD came to a stop as the traffic light at the intersection was red. Defendant URLACHER then stopped his police cruiser directly behind Mr. FORD at the intersection.

COMPLAINT - 3

LAW OFFICE OF WILLIAM D. PICKETT
917 TRIPLE CROWN WAY, STE. 200
Yakima, Washington 98908
Telephone (509) 972-1825
Facsimile (509) 972-1826

10. As both vehicles waited at the red light Mr. FORD stepped from his vehicle to ask Defendant URLACHER why he was being followed so closely. Defendant URLACHER responded by yelling at Mr. FORD to "GO"! Mr. FORD responded by getting back into his car and proceeding through the intersection after the light turned green.

11. Defendant URLACHER followed turning on the police cruiser's flashing lights and initiated a traffic stop of Mr. FORD after he crossed the intersection. Mr. Ford immediately pulled his vehicle safely off the roadway and stopped. After stopping, Mr. Ford stepped from of his vehicle and stood by the driver-side door. As Mr. FORD stood by his vehicle he began criticizing Defendant URLACHER, accusing him of misconduct by essentially claiming the traffic stop was improper, racially motivated, and nothing more than unlawful harassment.

12. Defendant URLACHER responded to Mr. FORD'S accusations by stepping out of his cruiser, drawing a Taser stun gun, pointing it at Mr. FORD, and telling him to "do exactly as I say or force will be used."

13. Mr. FORD responded to Defendant URLACHER'S threat of force by returning to his vehicle, sitting down, and demanding to speak with a Sergeant. Defendant URLACHER refused Mr. FORD'S request to speak with a Sergeant and instead continued to point his Taser at Mr. FORD saying, "Do as I say or force will be used." Mr. FORD continued to criticize Defendant URLACHER, telling him that he should be ashamed of himself as he was "straight up" prejudice.

COMPLAINT - 4

LAW OFFICE OF WILLIAM D. PICKETT
917 TRIPLE CROWN WAY, STE. 200
Yakima, Washington 98908
Telephone (509) 972-1825
Facsimile (509) 972-1826

14. Defendant URLACHER next ordered Mr. FORD to stay in his car and close the door. Mr. FORD remained in his vehicle and complied with Defendant URLACHER'S request as the officer returned to his police cruiser.

15. Upon returning to his cruiser, Defendant URLACHER alleged that Mr. FORD had jumped out of his car and confronted him at the intersection. Defendant URLACHER also alleged that Mr. FORD was blaring his music prior to being stopped.

16. Defendant URLACHER'S allegations were embellished, misleading and false.

17. Defendant URLACHER further stated that he was thinking of arresting Mr. FORD for city noise ordinance violation. However, that he might get only a ticket if he cooperated. Defendant URLACHER also stated, "But with that attitude, he's going to get cuffed."

18. Defendant URLACHER then proceeded back to Mr. FORD'S vehicle and again pointed his Taser stun gun at Mr. FORD while telling him to step out of the car and put his hands behind his back. Mr. FORD complied with Defendant URLACHER'S demand by placing his hands behind his back and asking, "For what?" Defendant URLACHER angrily responded, "Do it now or you are going to get Tased." Mr. FORD asked, "What did I do?" Defendant URLACHER again responded, "Do it now or you are going to get Tased!" "Turn around or you're going to get Tased." "Don't be an idiot!" Mr. FORD'S only response was to say that Defendant URLACHER was the only idiot at the scene. Mr. FORD was then promptly handcuffed at Defendant URLACHER'S direction.

COMPLAINT - 5

LAW OFFICE OF WILLIAM D. PICKETT
917 TRIPLE CROWN WAY, STE. 200
Yakima, Washington 98908
Telephone (509) 972-1825
Facsimile (509) 972-1826

19.    After handcuffing Mr. FORD, Defendant URLACHER stated that, "if you cooperate, I may let you go with a ticket today." Defendant URLACHER then threatened Mr. FORD saying, "If you run your mouth, I will book you in jail for it." "Yes I will, and I will tow your car."

20.    Defendant URLACHER further stated, "If you cooperate and shut your mouth, I'll give you a ticket and you can go." Mr. FORD explained to Defendant URLACHER that he was on his way to work and needed to get there. Defendant URLACHER abruptly responded by saying, "Well, that's not going to happen if you keep running your mouth." Defendant URLACHER further informed Mr. FORD that, "If you have diarrhea of the mouth, you will go to jail." Afterwards, Mr. FORD was taken in handcuffs to Defendant URLACHER'S police cruiser and placed in the back seat.

21.    While Mr. FORD was handcuffed and sitting in the back seat of the cruiser, Defendant URLACHER stated the following recitation of events: "Dude, we're stopped at this light, dude, and he jumps out of his car, what the F are you following me for? And I go, send me another unit, code three. And so I waited for the light to turn and I lit him up, dude. I wasn't even – I didn't know if I was even going to stop him yet. I'm like geez, Louise, dude."

22.    Defendant URLACHER'S recitation of events was embellished, misleading and false.

23.    Defendant URLACHER next stated that the police would, "write him [Mr. FORD] for everything we can." Defendant URLACHER then proceeded to unlawfully search through Mr. FORD'S vehicle at the scene.

COMPLAINT - 6

LAW OFFICE OF WILLIAM D. PICKETT
917 TRIPLE CROWN WAY, STE. 200
Yakima, Washington 98908
Telephone (509) 972-1825
Facsimile (509) 972-1826

Defendant WENTZ arrived at the scene as Defendant URLACHER was searching Mr. FORD'S vehicle.

24. Defendant URLACHER gave the following recitation of events to Defendant WENTZ:

"So I pull out, come up to the light here, stop behind him, just running his plate, not even knowing if I'm going to, you know, stop him yet. He puts it in park, jumps out of the car and starts coming up to my patrol car. I'm like, get back in your car. I didn't even have my lights on. He's like, what the Fuck are you following me for? And he's flexing. And I go, Dude, get back in your car." "And he's just yelling and cussing, and we're racial profiling because he's driving a Cadillac." "If he shuts up, I'll let him go with a ticket."

25. Defendant URLACHER'S recitation of events was embellished, misleading and false.

26. Defendant URLACHER went on to inform Defendant WENTZ that Mr. FORD had, "just talked himself into cuffs, so that's pretty much what we've got."

27. During his discussion with Defendant URLACHER, Defendant WENTZ accused Mr. FORD of having a history of being violent and getting worse over time. Defendant WENTZ also stated that Defendant URLACHER should take Mr. FORD to jail saying that, "I would not just write him a ticket and let him go." "I'd sign him up." "I'd sign his ass up." Defendant URLACHER agreed with Defendant WENTZ saying, "that's what I needed to know, because you guys have history." "Okay, he's getting booked, then."

COMPLAINT - 7

LAW OFFICE OF WILLIAM D. PICKETT
917 TRIPLE CROWN WAY, STE. 200
Yakima, Washington 98908
Telephone (509) 972-1825
Facsimile (509) 972-1826

28. Defendant WENTZ' accusations against Mr. FORD were embellished, misleading and false.

29. During the arrest, Defendant URLACHER referred to Mr. FORD as a "big boy", and that "he thought it was Mike Tyson." Defendant URLACHER claimed, "One wrong move, he's getting Tased. He's a big boy." The traffic stop and arrest of Mr. FORD were in part, racially motivated and/or retaliatory, illegal, and in clear violation of protections provided by the United States Constitution.

30. While Mr. FORD was handcuffed in the back of his patrol car, Defendant URLACHER proceeded to inform Mr. FORD that, "You're going to jail tonight." Mr. FORD responded by asking, "What am I going to jail for?" Defendant URLACHER responded, asserting that, "If you just cooperate and treat the police like humans, we'll treat you like that. But when you act like that, like an animal, you've got to get treated that way. So it's just life man."

31. Defendant URLACHER further stated to Mr. FORD that, "your mouth and your attitude talked you into jail. Yes it did."

32. Mr. FORD was then transported to jail by Defendant URLACHER. The CITY OF YAKIMA later attempted to prosecute Mr. FORD for violating the City Noise Ordinance. Defendant URLACHER appeared as a witness for the CITY OF YAKIMA at trial to offer testimony against Mr. FORD.

33. Mr. FORD was exonerated and found "Not Guilty" at trial.

COMPLAINT - 8

LAW OFFICE OF WILLIAM D. PICKETT
917 TRIPLE CROWN WAY, STE. 200
Yakima, Washington 98908
Telephone (509) 972-1825
Facsimile (509) 972-1826

34. Defendant URLACHER engaged in unlawful retaliatory action and/or arrest against Mr. FORD in violation of the Constitution of the United States of America.

35. Defendant WENTZ engaged in unlawful retaliatory action and/or arrest against Mr. FORD in violation of the Constitution of the United States of America.

36. At no time during the events described above, was Mr. FORD a threat to the safety of himself, the officers, or others. Mr. FORD had not committed any criminal offense at the time of his stop and/or arrest.

37. The defendant police officers had no warrant for the arrest of Mr. FORD, had no probable cause for the arrest, and no legal cause or excuse to seize his person, or search his vehicle. The arrest of Mr. FORD and search of his property were in violation of law.

38. At all times during the events described above, the defendant police officers were engaged in unlawful joint venture and/or conspiratorial misconduct. The individual officers assisted each other in performing the various actions described and lent their physical presence and support and the authority of their office to each other during the said events.

39. Furthermore, policy and/or custom and/or ratifying action of the City of Yakima permits inadequate supervision and/or training of officers, including defendant officers, thereby failing to adequately discourage and prohibit constitutional violations on the part of Defendant officers.

40. The Citizens of Yakima, including Mr. FORD, have an absolute right to be free from unlawful and/or retaliatory arrests from City of Yakima

COMPLAINT - 9

LAW OFFICE OF WILLIAM D. PICKETT
917 TRIPLE CROWN WAY, STE. 200
Yakima, Washington 98908
Telephone (509) 972-1825
Facsimile (509) 972-1826

Law Enforcement Officers. The City of Yakima, acting by and through the City of Yakima Police Department and its police officers, is strictly prohibited from engaging in acts of retaliation against the Citizens of Yakima, including Mr. FORD. The City, acting by and through the City Police Department, its policies and/or customs and/or ratification have failed to fulfill this duty with regard to the above-referenced actions thereby approving of unconstitutional action against Mr. FORD.

41. The City of Yakima, acting by and through the City of Yakima Police Department and its police officers has a duty to exercise appropriate hiring, supervision, and retention of its law enforcement officers. The Yakima Police Department has failed to fulfill this duty with regard to the above-referenced actions against Mr. FORD.

42. Additionally, the City of Yakima, acting by and through the City of Yakima Police Department and its police officers has an absolute duty to exercise reasonable care in the operation of its policing and custodial actions within the City of Yakima. The Yakima Police Department has failed to fulfill this duty with regard to the above-referenced actions against Mr. FORD.

43. The City of Yakima, acting by and through the City of Yakima Police Department its policies and/or customs and/or ratifications, and individual Defendants URLACHER and WENTZ, subjected Mr. FORD to the following deprivations, including but not limited to: Loss of Freedom of Speech, Loss of Freedom from Unreasonable Search and Seizure, Loss of Freedom from Excessive Force and Excessive Use of Force, Loss of Freedom from Racially Motivated and/or Retaliatory Stop and Arrest, Loss of Freedom

COMPLAINT - 10

LAW OFFICE OF WILLIAM D. PICKETT
917 TRIPLE CROWN WAY, STE. 200
Yakima, Washington 98908
Telephone (509) 972-1825
Facsimile (509) 972-1826

from Violations of Due Process and Equal Protection; Loss of Liberty, and Loss of Freedom from Unlawful Conspiracy, all in violation and against the Constitution and statutes of the United States of America, and contrary to 42 U.S.C. Section 1983.

44. In addition, the above-referenced actions against Mr. FORD constitute the common law torts of malicious prosecution, abuse of process, outrage, and negligence.

45. Plaintiff suffered the following injuries and damages as a direct and proximate result of the aforementioned acts and/or omissions of defendants:

    a. Violation of constitutional rights under the First, Fourth and Fourteenth Amendments to the United States Constitution;

    b. Loss of liberty;

    c. Pain, suffering, humiliation and emotional trauma; and

    d. Monetary expense in defending improper criminal allegation at trial.

46. The actions of the defendants URLACHER, WENTZ, and CITY OF YAKIMA violated the following clearly established and well settled Federal Constitutional Rights of plaintiff, EDDIE L. FORD:

    a. Freedom of Speech;

    b. Freedom from the unreasonable seizure of his person;

    c. Freedom from the use of excessive, unreasonable, and unjustified force against his person;

    d. Freedom from unreasonable search;

LAW OFFICE OF WILLIAM D. PICKETT
917 TRIPLE CROWN WAY, STE. 200
Yakima, Washington 98908
Telephone (509) 972-1825
Facsimile (509) 972-1826

e. Freedom from unlawful conspiracy; and

f. Freedom from violations of due process, equal protection and loss of liberty.

## IV. LEGAL AVERMENTS

### [COUNT I]
### 42 U.S.C. § 1983 AGAINST INDIVIDUAL DEFENDANTS

47. Paragraphs 1 through 46 are incorporated herein by reference as though fully set forth.

48. Plaintiff EDDIE L. FORD claims damages for the injuries set forth above under 42 U.S.C. § 1983 against defendants OFFICER R. URLACHER and LIEUTENANT N. WENTZ for violations of his constitutional rights under color of law, including but not limited to: Loss of Freedom of Speech, Loss of Freedom from Unreasonable Search and Seizure, Loss of Freedom from Excessive Force and Excessive Use of Force, Loss of Freedom from Racially Motivated and/or Retaliatory Stop and Arrest, Loss of Freedom from Violations of Due Process and Equal Protection; Loss of Liberty, and Loss of Freedom from Unlawful Conspiracy, all in violation and against the Constitution and statutes of the United States of America, and contrary to 42 U.S.C. Section 1983.

### [COUNT II]
### 42 U.S.C. § 1983 AGAINST CITY OF YAKIMA

49. Paragraphs 1 through 48 are incorporated herein by reference as though fully set forth.

50. The CITY OF YAKIMA, acting by and through the policies, customs and ratifying actions of the City of Yakima Police Department and its

COMPLAINT - 12

LAW OFFICE OF WILLIAM D. PICKETT
917 TRIPLE CROWN WAY, STE. 200
Yakima, Washington 98908
Telephone (509) 972-1825
Facsimile (509) 972-1826

officers, deprived Mr. FORD of Constitutional Rights, Protections and Privileges, including but not limited to: Loss of Freedom of Speech, Loss of Freedom from Unreasonable Search and Seizure, Loss of Freedom from Excessive Force and Excessive Use of Force, Loss of Freedom from Racially Motivated and/or Retaliatory Stop and Arrest, Loss of Freedom from Violations of Due Process and Equal Protection; Loss of Liberty, and Loss of Freedom from Unlawful Conspiracy, all in violation and against the Constitution and statutes of the United States of America, and contrary to 42 U.S.C. Section 1983.

## *[COUNT III]*
## *NEGLIGENCE AGAINST CITY OF YAKIMA*

51.    Paragraphs 1 through 50 are incorporated herein by reference as though fully set forth.

52.    Defendant City of Yakima, acting by and through the City of Yakima Police Department has a duty to exercise appropriate hiring, supervision, and retention of its police officers. Defendant CITY OF YAKIMA has failed to fulfill its duty with regard to the above-referenced actions of Defendant URLACHER thereby directly and proximately causing harm to plaintiff.

53.    Alternatively, Defendant CITY OF YAKIMA, acting by and through the City of Yakima Police Department and its police officers has an absolute duty to exercise reasonable care in the operation of its policing and custodial actions within the City of Yakima. The Yakima Police Department has failed to fulfill this duty with regard to the actions involving Mr. FORD

COMPLAINT - 13

LAW OFFICE OF WILLIAM D. PICKETT
917 TRIPLE CROWN WAY, STE. 200
Yakima, Washington 98908
Telephone (509) 972-1825
Facsimile  (509) 972-1826

thereby directly and proximately causing harm to plaintiff for which Defendant CITY OF YAKIMA is vicariously liable.

## [COUNT IV]
### NEGLIGENCE AGAINST INDIVIDUAL DEFENDANTS

54.  Paragraphs 1 through 53 are incorporated herein by reference as though fully set forth.

55.  Defendant Officers have a duty to exercise reasonable care while performing all policing actions within the City of Yakima. Defendants URLACHER and WENTZ failed to exercise reasonable care during their contact with Mr. FORD thereby directly and proximately causing harm to plaintiff.

## [COUNT V]
### MALICIOUS PROSECUTION - ALL DEFENDANTS

56.  Paragraphs 1 through 55 are incorporated herein by reference as though fully set forth.

57.  That on or about July 17, 2007, criminal proceedings were initiated against the Plaintiff by Defendants.

58.  That there was want of probable cause for the institution or continuation of the prosecution.

59.  That the prosecution was instituted or continued through malice.

60.  That the prosecution was terminated in favor of Plaintiff who was found Not Guilty.

61.  That Plaintiff FORD incurred expense in defending himself against the charges and that he has further suffered humiliation and mental

COMPLAINT - 14

LAW OFFICE OF WILLIAM D. PICKETT
917 TRIPLE CROWN WAY, STE. 200
Yakima, Washington 98908
Telephone (509) 972-1825
Facsimile (509) 972-1826

anguish, all of which are compensable by money damages in an amount to be proven at trial.

### [COUNT VI]
### ABUSE OF PROCESS – DEFENDANT URLACHER

62. Paragraphs 1 through 61 are incorporated herein by reference as though fully set forth.

63. Defendant URLACHER engaged in the improper use of legal process with an ulterior purpose of accomplishing an end which the process was not designed to accomplish.

### DEMAND FOR JURY TRIAL

64. Plaintiffs hereby request a Jury Trial.

WHEREFORE, Plaintiff prays for judgment against each defendant, individually and jointly, in the amounts proven at trial, including but not limited to, all economic and non-economic damages suffered by plaintiff, reasonable attorney fees, punitive damages, costs and expenses, together with, or separately from such other damages, fees and costs to which they may be entitled under the premises, both factual and legal, of suit herein. Additionally, for such other and further relief as the court deems just and equitable.

DATED this 9th day of November, 2009.

LAW OFFICE OF WILLIAM D. PICKETT

_____
WILLIAM D. PICKETT, WSBA NO. 27867
Attorney for Plaintiff

COMPLAINT - 15

LAW OFFICE OF WILLIAM D. PICKETT
917 TRIPLE CROWN WAY, STE. 200
Yakima, Washington 98908
Telephone (509) 972-1825
Facsimile (509) 972-1826