**HONORABLE LONNY R. SUKO**

*Law Office of William D. Pickett*
William D. Pickett, WSBA No. 27867
917 Triple Crown Way, Ste. 100
Yakima, WA  98908
Tel:  509-972-1825
Fax: 509-972-1826
Email: bill@wdpickett-law.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDDIE L. FORD,<br>         Plaintiff,<br><br>v.<br><br>CITY OF YAKIMA;<br>LIEUTENANT N. WENTZ; and<br>OFFICER R. URLACHER;<br>         Defendants. | No.  CV-09-3108-LRS<br><br>**PLAINTIFF'S COUNTER STATEMENT OF FACTS** |

The Plaintiff by reference incorporates into this Counter Statement of Facts Plaintiff's Statement of Facts submitted for the Plaintiff's Motion for Summary Judgment.  In addition the Plaintiff sets forth below those facts from the Defendant's Statement of Facts where there is an issue.

PLAINTIFF'S  COUNTER STATEMENT OF FACTS - 1

LAW OFFICE OF WILLIAM D. PICKETT
917 TRIPLE CROWN WAY, STE. 100
Yakima, Washington 98908
Telephone (509) 972-1825
Facsimile  (509) 972-1826

The below facts will use the same numbers as those set forth in the Defendant's Statement of Facts.

## *COUNTER STATEMENT OF FACTS*

2.     Eddie Ford does not agree that his music was excessively loud.

11.    The Plaintiff does not dispute that the quote taken from the Deposition of Officer Urlacher is accurate.  However, the Plaintiff's Statement of Facts set forth the fact that Plaintiff was confused as to why the officer was tailgating him and he simply stepped out of his car to ask the officer what was going on.  Ex. A, pages 5-8.

13.    The Plaintiff did not park on the side of the road but in fact pulled off of the road and into a small parking area (*see*, COBAN Police Video).

14.    The Plaintiff did not exit his vehicle in a very uncivil manner.  The Plaintiff raised his voice but did not "yell".

21.    Officer Urlacher made the decision that he was going to put hand cuffs on the Plaintiff but he had not decided whether or not he was going to give him a ticket and let him go or take him to jail and book him. Ex. B, 19:7-16.

PLAINTIFF'S  COUNTER STATEMENT OF FACTS - 2

LAW OFFICE OF WILLIAM D. PICKETT
917 TRIPLE CROWN WAY, STE. 100
Yakima, Washington 98908
Telephone (509) 972-1825
Facsimile  (509) 972-1826

39. Officer Urlacher did not say that the Plaintiff thought he was Mike Tyson, rather Officer Urlacher said that he, meaning himself, thought the Plaintiff was Mike Tyson meaning he was like Mike Tyson in terms of size and strength.

45. Officer Urlacher's testimony was simply self-serving.

54. With the exception of the first two bullet points, Sgt. Oven's opinions are improper conclusions of law.

DATED this 13th Day of January, 2011.

                LAW OFFICE OF WILLIAM D. PICKETT

                /s/ William D. Pickett
                WILLIAM D. PICKETT, WSBA NO. 27867
                Attorney for Plaintiff

**PLAINTIFF'S COUNTER STATEMENT OF FACTS - 3**

LAW OFFICE OF WILLIAM D. PICKETT
917 TRIPLE CROWN WAY, STE. 100
Yakima, Washington 98908
Telephone (509) 972-1825
Facsimile (509) 972-1826

## *CERTIFICATE OF SERVICE*

I hereby certify that on January 13, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Christie Law Group, PLLC*
Robert L. Christie, WSBA No. 10895
2100 Westlake Avenue N., Ste. 206
Seattle, Washington  98109
Tel:  206-957-9669
Fax:  206-352-7875
Email:  bob@christielawgroup.com


*Law Office of William D. Pickett*
William D. Pickett, WSBA No. 27867
917 Triple Crown Way, Ste. 200
Yakima, WA  98908
Tel:  509-972-1825
Fax:  509-972-1826
Email:  bill@wdpickett-law.com


DATED at Yakima, Washington, this 13th day of January 2011.


By      /s/  William D. Pickett
       William D. Pickett, WSBA NO. 27867
       Law Office of William D. Pickett
       917 Triple Crown Way, Ste. 200
       Yakima, WA  98908
       Ph:   509-972-1825
       Fax:  509-972-1826
       Email:  bill@wdpickett-law.com
       Attorney for Plaintiff

PLAINTIFF'S  COUNTER STATEMENT OF FACTS - 4

LAW OFFICE OF WILLIAM D. PICKETT
917 TRIPLE CROWN WAY, STE. 100
Yakima, Washington 98908
Telephone (509) 972-1825
Facsimile  (509) 972-1826