AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

EDDIE L. FORD,

           Plaintiff,

      v.

CITY OF YAKIMA; LIEUTENANT N. WENTZ; and
OFFICER R. URLACHER,

         Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-3108-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that Defendants are awarded judgment on all claims asserted against them pursuant to the Order Re Summary Judgment Motions entered on March 14, 2011, Ct. Rec. 56.

March 14, 2011
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
s/ Cora Vargas
_____
*(By) Deputy Clerk*
Cora Vargas