1

2

3

4

5                       UNITED STATES DISTRICT COURT

6                       EASTERN DISTRICT OF WASHINGTON

7   EDDIE L. FORD,

                                              NO:  09-CV-3108-TOR
8                           Plaintiff,

                                              ORDER OF DISMISSAL WITH
9        v.                                   PREJUDICE

10  CITY OF YAKIMA; LIEUTENANT
    N. WENTZ; and OFFICER R.
11  URLACHER,

12                          Defendants.

13        BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with

14  Prejudice (ECF No. 82).  Pursuant to the parties' stipulation, the Court will dismiss

15  this case with prejudice and without costs or attorney's fees to either party.  Fed. R.

16  Civ. P. 41(a)(1)(A)(ii).

17  //

18  //

19  //

20  //

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1   **ACCORDINGLY, IT IS HEREBY ORDERED**:

2       Pursuant to the parties' Stipulated Motion for Dismissal with Prejudice (ECF

3   No. 82), all claims and causes of action in this matter are **DISMISSED** with

4   prejudice and without costs or fees to any party.  All pending motions are

5   **DENIED** as moot.

6       The District Court Executive is hereby directed to enter this Order, furnish

7   copies to counsel, and **CLOSE** the file.

8       **DATED** September 27, 2013.

9



10                         THOMAS O. RICE
                      United States District Judge

11

12

13

14

15

16

17

18

19

20

ORDER OF DISMISSAL WITH PREJUDICE ~ 2